UTICA,<br>August, 1827.

Rule accordingly.

Everitt<br>v.<br>Wood.

---

## EVERITT *against* WOOD.

A MOTION was made, in behalf of the plaintiff, to vacate
the judge's order to stay proceedings; which was granted
with a view to a motion, by the defendant, to set aside the
report of referees.   The proposed motion related to the
merits.   The defendant had noticed it for argument, and
placed it on the calendar, in October term, 1825, and again
in February term, 1826.   But since that time, it had not
been noticed for argument by either party.

*The only
mode in which
to procure the
denial or dis-
missal of an
enumerated
motion, is to
notice it for
argument, and
bring it to a
hearing, when
there is a pro-
per order to
stay proceed-
ings.*

*W. & H. G. Lowerre*, for the motion.

*G. Clark*, contra, cited 1 Caines, 484; 3 id. 151.

*Curia.*   This motion was enumerated; and belonged to
the calender.   It is a rule in relation to that whole class
of motions, that they may be noticed by either party; and
brought to argument in their turn.   The only mode of dis-
posing of them, where there is an order to stay in force, is
to notice and bring them to argument.   The general order
to stay proceedings operates till this be done.   Such has
been the practice ever since the decision in *Jackson* v.
*Brownell*, (3 Caines, 151.)   The *anonymous case* in the same
book, (p. 152,) must have related to a non-enumerated mo-
tion: otherwise it is inconsistent with *Jackson* v. *Brownell.*
The practice according to which we now decide, grew out
of the general rule of January term, 1803, *which allows
either party to give notice of an enumerated motion.   The

[*415]

(a) Vid. *Oviat* v. *Vyner* (1 Salk. 318.)   Tid. Pr. 934, S. P.

UTICA,     motion to set aside a report of referees on the merits, is as
August, 1827.  clearly enumerated as a motion for a new trial on a case.